# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TROY H. MASON | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 18-3285 |
| COMMISSONER OF SOCIAL SECURITY | : | |

## ORDER

**AND NOW,** this 11th day of March 2019, upon considering Plaintiff's Petition for Review and Brief (ECF Doc. No. 13), the Commissioner's Response (ECF Doc. No. 17), Plaintiff's Reply (ECF Doc. No. 18), and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Petition for Review (ECF Doc. No. 13) is **DENIED**. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.